BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

**FILED**
JUL 0 8 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re: Sealed Search Warrants ) SW NO.  2:15-SW-379-CKD
) 
) 
) ~~(Proposed)~~ ORDER UNSEAL WARRANTS
) 
) 
) 
) 
) 
) 
) 

HEREBY, the United States motion to unseal the application, affidavit, and attachments in the above captioned matters is GRANTED.

DATED: 7/8/2015

_____
HON. CAROLYN K. DELANEY
U.S. MAGISTRATE JUDGE

MOTION TO UNSEAL AND ORDER